133 P.3d 835

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 5, 2006**

| | | |
|---|---|---|
| 26146 | Bankers Trust Co. v. Blanco | Affirmed |
| 26959 | State v. Medeiros | Affirmed |

**May 11, 2006**

| | | |
|---|---|---|
| 26963 | State v. Hung | Affirmed |

**May 12, 2006**

| | | |
|---|---|---|
| 27143 | Doe, In re | Affirmed |

**May 15, 2006**

| | | |
|---|---|---|
| 27206 | State v. Kimmerle | Vacated and Remanded |

**May 16, 2006**

| | | |
|---|---|---|
| 27113 | A.B., In re | Affirmed |
| 27135 | Doe, In re | Affirmed |

**May 17, 2006**

| | | |
|---|---|---|
| 27016 | State v. Dutro | Vacated, Reversed and Remanded |
| 26624 | State v. Vierra | Affirmed |